

FILED

03/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0367

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0367

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

    Defendant and Appellant.

**FILED**

MAR 1 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time to file his reply brief,

IT IS HEREBY ORDERED that Appellant's reply brief is due March 28, 2022.

No further extensions will be granted.

DATED this 10 day of March , 2022.

For the Court,

_____
Chief Justice